In the MATTER OF a MEMBER OF the BAR of the Supreme Court of the State of Delaware: Timothy A. DILLON

No. 463, 2017

Supreme Court of Delaware.

Submitted: November 21, 2017

Decided: December 12, 2017

Corrected: December 14, 2017

ACCEPTED.

Susan MACKINNON,[1] Petitioner Below, Appellant,

v.

Matthew CARSON, Respondent Below, Appellee.

No. 226, 2017

Supreme Court of Delaware.

Submitted: December 5, 2017

Decided: December 13, 2017

Court Below—Family Court of the State of Delaware in and for New County, File

No. CN15–06469, CPI Nos. 15–37336, 16–00093

DISMISSED.

Ben ROTEN, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 441, 2017

Supreme Court of Delaware.

Submitted: November 1, 2017

Decided: December 13, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0907011738 (S)

DISMISSED.

1. The Court assigned pseudonyms to the parties under Supreme Court Rule 7(d).